Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−12075−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Navarro                                                   Aida Navarro
   2021 Tyler Street                                     2021 Tyler Street
   Union, NJ 07083                                     Union, NJ 07083

Social Security No.:
   xxx−xx−5824                                               xxx−xx−2829

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/18 at 10:30 AM

to consider and act upon the following:

**47** − Limited Objection to Motion to Approve Loan Modification (related document:45 Motion to Approve Loan Modification with Caliber Home Loans Filed by Antonio R. Espinosa on behalf of Aida Navarro, Luis Navarro. Objection deadline is 03/14/2018. (Attachments: # 1 Exhibit # 2 Proposed Order) filed by Debtor Luis Navarro, Joint Debtor Aida Navarro) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/5/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court