Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12075−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Luis Navarro                          Aida Navarro
2021 Tyler Street                     2021 Tyler Street
Union, NJ 07083                       Union, NJ 07083

Social Security No.:
xxx−xx−5824                           xxx−xx−2829

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 13, 2017.

On 3/10/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:             April 4, 2018
Time:             09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 13, 2018
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-12075-RG
Luis Navarro                                                               Chapter 13
Aida Navarro
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Mar 13, 2018
                              Form ID: 185                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db             #+Luis Navarro,    2021 Tyler Street,    Union, NJ 07083-5317
jdb            #+Aida Navarro,    2021 Tyler Street,    Union, NJ 07083-5317
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516833189      +ASC Of Union County,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516625840      +ASC Of Union County,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516625835      +Advanced Pain Management Of,   c/o Qual Ast Rec,    7 Foster Ave Ste 101,
                 Gibbsboro, NJ 08026-1191
516625836      +Advanced Pain Management Of NJ,    c/o Quality Asset Recovery,    7 Foster Ave Ste 101,
                 Gibbsboro, NJ 08026-1191
516625838      +Ambulatory Surgery,    c/o ACB Receivables Mngmt,    19 Main St,   Asbury Park, NJ 07712-7012
516625839      +American Financial Resources,    9 Sylvan Way,    Parsippany, NJ 07054-3802
516625842      +Associated Orthopaedics,    c/o Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
516625849       Department of Labor & Workforce,    P.O. Box 058,    Trenton, NJ 08625-0058
516625850      +Elite Pain Anesthesia,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516625853      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516867327      +U.S. Bank Trust, N.A., As Trustee for,    LSF9 Master Participation Trust,
                 Caliber Home Loans, Inc,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516625856      +Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
516625857      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516625843      +E-mail/Text: bknotice@ercbpo.com Mar 13 2018 23:19:14      AT & T,    c/o ERC,   8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
516625844      +E-mail/Text: bankruptcynotices@dcicollect.com Mar 13 2018 23:19:47      AT & T Wireless,
                 c/o Diversified Consultant,    P O Box 551268,    Jacksonville, FL 32255-1268
516864804      +E-mail/Text: g20956@att.com Mar 13 2018 23:19:48      AT&T Mobility II LLC,
                 c/o AT&T Services,Inc.,    Karen A Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516625837      +E-mail/Text: bankruptcy@savit.com Mar 13 2018 23:20:04      Ambulatory Anesthesia Care,
                 c/o Sa-vit Collection Agen,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516740844       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2018 23:44:57
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516625846      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 23:16:02
                 Capital One Bank Usa N A,    c/o Portfolio Rc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516625847      +E-mail/Text: collect@williamsalexander.com Mar 13 2018 23:18:57
                 Columbia Anesthesia/Pain Assoc,    c/o Williams/alexander & A,    Po Box 2148,
                 Wayne, NJ 07474-2148
516625848      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2018 23:19:06      Credit One Bank N.A.,
                 c/o Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516625852      +E-mail/Text: bankruptcy@savit.com Mar 13 2018 23:20:05      Elizabeth Surgical Group Sa,
                 c/o Savit Coll,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516625851      +E-mail/Text: bankruptcy@savit.com Mar 13 2018 23:20:04      Elizabeth Surgical Group Sa,
                 c/o Sa-vit Collection Agency,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516625854      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 23:16:15
                 Hsbc Bank Nevada N A,    c/o Portfolio Rc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516774443       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 23:21:50
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
516782483      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2018 23:19:06      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516625855      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2018 23:19:06      Midland Funding, LLC,
                 8875 Aero Drive,    Ste. 200,    San Diego, CA 92123-2255
516867010       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 23:16:03
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
516836254      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2018 23:19:25      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 18
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2018
                              Form ID: 185             Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625845*      +AT & T Wireless,    c/o Diversified Consultant,    P O Box 551268,   Jacksonville, FL 32255-1268
516625841*      +Asc Of Union County,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Antonio R. Espinosa    on behalf of Joint Debtor Aida   Navarro Andespbk@gmail.com
              Antonio R. Espinosa    on behalf of Debtor Luis   Navarro Andespbk@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```