Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−12075−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis Navarro | Aida Navarro |
| 2021 Tyler Street | 2021 Tyler Street |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−5824                             xxx−xx−2829

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*64* − Certification in Opposition to Trustee's Motion to Dismiss (related document:62 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Antonio R. Espinosa on behalf of Aida Navarro, Luis Navarro. (Attachments: # 1 Exhibit) (Espinosa, Antonio)

Dated: 5/15/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court