Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−12075−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Navarro                                 Aida Navarro
   2021 Tyler Street                       2021 Tyler Street
   Union, NJ 07083                       Union, NJ 07083

Social Security No.:
   xxx−xx−5824                                 xxx−xx−2829

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 27, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2018
JAN: rah

                                                                   Jeanne Naughton
                                                                   Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 17-12075-RG
Luis Navarro                                                    Chapter 13
Aida Navarro
         Debtors                        CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 148             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db            #+Luis Navarro,    2021 Tyler Street,    Union, NJ 07083-5317
jdb           #+Aida Navarro,    2021 Tyler Street,    Union, NJ 07083-5317
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516833189      +ASC Of Union County,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516625840      +ASC Of Union County,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516625835      +Advanced Pain Management Of,    c/o Qual Ast Rec,    7 Foster Ave Ste 101,
                 Gibbsboro, NJ 08026-1191
516625836      +Advanced Pain Management Of NJ,    c/o Quality Asset Recovery,    7 Foster Ave Ste 101,
                 Gibbsboro, NJ 08026-1191
516625838      +Ambulatory Surgery,    950 W Chestnut St,    Union, NJ 07083-6966
516625839      +American Financial Resources,    9 Sylvan Way,    Parsippany, NJ 07054-3802
516625842      +Associated Orthopaedics,    c/o Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516625849       Department of Labor & Workforce,    P.O. Box 058,    Trenton, NJ 08625-0058
516625850      +Elite Pain Anesthesia,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
517467831      +U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL.,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
516867327      +U.S. Bank Trust, N.A., As Trustee for,    LSF9 Master Participation Trust,
                 Caliber Home Loans, Inc,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516625843      +E-mail/Text: bknotice@ercbpo.com Jul 27 2018 23:53:45      AT & T,    c/o ERC,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
516625844      +EDI: DCI.COM Jul 28 2018 03:28:00      AT & T Wireless,    c/o Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
516864804      +EDI: CINGMIDLAND.COM Jul 28 2018 03:28:00      AT&T Mobility II LLC,    c/o AT&T Services,Inc.,
                 Karen A Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516625837      +E-mail/Text: bankruptcy@savit.com Jul 27 2018 23:54:44      Ambulatory Anesthesia Care,
                 c/o Sa-vit Collection Agen,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516740844       EDI: AIS.COM Jul 28 2018 03:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516625846      +EDI: PRA.COM Jul 28 2018 03:28:00      Capital One Bank Usa N A,    c/o Portfolio Rc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516625847      +E-mail/Text: collect@williamsalexander.com Jul 27 2018 23:53:12
                 Columbia Anesthesia/Pain Assoc,    c/o Williams/alexander & A,    Po Box 2148,
                 Wayne, NJ 07474-2148
516625848      +EDI: MID8.COM Jul 28 2018 03:28:00      Credit One Bank N.A.,    c/o Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516625852      +E-mail/Text: bankruptcy@savit.com Jul 27 2018 23:54:44      Elizabeth Surgical Group Sa,
                 c/o Savit Coll,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516625851      +E-mail/Text: bankruptcy@savit.com Jul 27 2018 23:54:44      Elizabeth Surgical Group Sa,
                 c/o Sa-vit Collection Agency,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516625853      +EDI: AMINFOFP.COM Jul 28 2018 03:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
516625854      +EDI: PRA.COM Jul 28 2018 03:28:00      Hsbc Bank Nevada N A,    c/o Portfolio Rc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516774443       EDI: RESURGENT.COM Jul 28 2018 03:28:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
516782483      +EDI: MID8.COM Jul 28 2018 03:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516625855      +EDI: MID8.COM Jul 28 2018 03:28:00      Midland Funding, LLC,    8875 Aero Drive,    Ste. 200,
                 San Diego, CA 92123-2255
516867010       EDI: PRA.COM Jul 28 2018 03:28:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516836254      +EDI: JEFFERSONCAP.COM Jul 28 2018 03:28:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516625856      +EDI: VERIZONCOMB.COM Jul 28 2018 03:33:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
516625857      +EDI: WFFC.COM Jul 28 2018 03:28:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 21
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jul 27, 2018
                              Form ID: 148               Total Noticed: 35


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625845*     +AT & T Wireless,    c/o Diversified Consultant,    P O Box 551268,    Jacksonville, FL 32255-1268
516625841*     +Asc Of Union County,    c/o Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Antonio R. Espinosa    on behalf of Joint Debtor Aida    Navarro Andespbk@gmail.com
              Antonio R. Espinosa    on behalf of Debtor Luis    Navarro Andespbk@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```